Geneva MAYNARD, as Administratrix
of the Estate of, Plaintiff—
Appellant,

and

Christopher Ratliff, deceased, Plaintiff,

v.

CITY OF HUNTINGTON; John Doe,
Officers of the City of Huntington
Police Department, Defendants—Ap-
pellees.

No. 10–1352.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 19, 2010.

Decided: Oct. 25, 2010.

Geneva Maynard, Appellant Pro Se.
Ryan Q. Ashworth, Michael R. Dockery,
Steven Kenneth Nord, Offutt Nord, Hunt-
ington, West Virginia, for Appellees.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Geneva Maynard appeals the district court's order denying relief on her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Maynard v. City of Huntington*, No. 3:09–cv–00101 (S.D. W Va. Feb. 25, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

*AFFIRMED.*